UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:12-cv-01189-MMM-JAG |
| v. | ) |
| JOHN DOES 1-7, | ) |
| Defendants. | ) |

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOES 1 AND 6 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1 and 6 ("Defendants"), from this action without prejudice. Defendants were assigned the IP addresses 24.245.90.24 and 98.214.102.102.  For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: January 12, 2013

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:    /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
Email:  paul@nicoletti-associates.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)